■ In the Matter of N. MEAGHEN HOANG, an Attorney, Resignor. [38 NYS3d 825]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed Sept. 9, 2016.)

■ In the Matter of MAX G. KINSKY, an Attorney, Resignor. [38 NYS3d 499]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed Aug. 5, 2016.)

■ In the Matter of SUSAN SILBER, an Attorney, Resignor. [38 NYS3d 825]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed Sept. 15, 2016.)